UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
------------------------------X

United States of America,

v CR No. 03-119-01 ECT

Hector Martinez-Torres.

------------------------------X

Request to Preserve an Issue for Collateral Attack

Hector Martinez-Torres hereby moves the Court in the above captioned case, on this 9th day of January 2006, seeking to preserve the issue concerning the Sixth Amedment right to jury trial principle set out in Apprendi v New Jersey, 530 US 466 (2000), further defined in Blakely v Washington, 124 SCt 2531 (2004), and extended in United States v Booker, 2005 WL 50108, in the event that it becomes retroactive to collateral attack process. Since his sentence has been enhanced on the basis of a judge-found fact.

Respectfully submitted,

HECTOR MARTINEZ-TORRES
REGISTER NO. 05382-070
PO BOX 1000
OTISVILLE, NY 10963

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
-----------------------------X

United States of America,

v No. CR No. 03-119-01 ECT

Hector Martinez-Torres.

-----------------------------X

Affirmation of Service

I, Hector Martinez-Torres, declare under penalty of perjury that I have served a true copy of the attached "Request to Preserve an Issue for Collateral Attack" upon the United States Attorney's Office, whose address is Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

New York-Otisville, January 9, 2006

HECTOR MARTINEZ-TORRES
REGISTER NO. 05382-070
PO BOX 1000
OTISVILLE, NY 10963