IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No.03-119T |
| | : | |
| HECTOR MARTINEZ-TORRES | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO "DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. § 1.B1.10, 2D1.1"**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney and hereby moves that the time for filing a response to Hector Martinez-Torres's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1.B1.10, 2D1.1, be enlarged up to and including February 15, 2008.

This motion prematurely raises novel issues based no a recent retroactive revision of the sentencing guidelines governing cases involving crack cocaine. The United States expects to be inundated with such motions and is crafting a uniform approach and response. The Government has also been conferring with the Probation Office and expect to confer with the Federal Defender's Office regarding these matters. The defendant is serving a sentence of 235 months and will not be prejudiced by a brief delay. He is presently scheduled to be released on December 15, 2020.

The United States therefore requests a thirty (30) day enlargement up to and including February 15, 2008.

Respectfully submitted,

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar #3309
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 151th day of January, 2008, I caused a copy of the within "Government's Motion for Enlargement of Time to Respond to 'Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1'" to be served by way of the Electronic Case Filing System upon Edward C. Roy, counsel for the defendant.

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar #3309
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
stephen.dambruch@usdoj.gov