IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No.03-119T |
| | : | |
| HECTOR MARTINEZ-TORRES | : | |

**GOVERNMENT'S MOTION TO CORRECT CERTIFICATE OF SERVICE FOR ENLARGEMENT OF TIME TO RESPOND TO "DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. § 1.B1.10, 2D1.1"**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney and hereby moves to correct the Certification of Service filed January 15, 2008, with the Government's Motion For Enlargement of Time To Respond to Hector Martinez-Torres's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1.B1.10, 2D1.1. The Government, in its initial filing, mistakenly identified Assistant Federal Defender Edward C. Roy, who had previously represented the Defendant, as Defendant's Counsel of Record. In fact, the defendant filed the motion on a pro se basis, therefore the government's response should have been sent directly to him. The government has now caused a copy of its Motion for Enlargement of Time to be mailed to the defendant at FCI Fort

Dix, P.O. Box 2000, Fort Dix, New Jersey 08640, which is the address he provided in his original motion.

Respectfully submitted,
By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar #3309
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2008, I caused copies of the Government's Motion to Correct Certificate of Service and the Government's Motion for Enlargement of Time to Respond to 'Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1'" to be served prepaid postage, first class mail to:

Hector Martinez-Torres
Reg. No.05382-070
FCI Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar #3309
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
stephen.dambruch@usdoj.gov