UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  Cr. No. 03-119T

HECTOR MARTINEZ-TORRES

### ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Hector Martinez-Torres has filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2) and U.S.S. G. §§1B1.10 and 2d1.1. The Court's review of the record indicates that, for reasons stated in the government's memorandum, the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because his sentence was based on his classification as a career offender and, therefore, his guideline range is not affected by the amendments to the guidelines relating to crack offenses. Accordingly, the motion for reduction of sentence is denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Judge
Date: September 28, 2008