UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.   CR 03-119-01 ML

HECTOR R. MARTINEZ-TORRES

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines (Docket #121). The Motion is DENIED for the following reasons:

Defendant was sentenced pursuant to the Career Offender provisions of Section 4B1.1 of the Sentencing Guidelines. He is, therefore, not eligible for a sentence reduction.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
March 14, 2016